**Opinion issued December 20, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00370-CV

———————————

**CURTIS SIMPSON, Appellant**

**V.**

**STRESSFREE PROPERTY SOLUTIONS ON BEHALF OF GOLD COAST EQUITY LLC, Appellee**

---

On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Case No. 1075081

---

## MEMORANDUM OPINION

Appellant, Curtis Simpson, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to

file brief). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Lloyd.